JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI MA, an individual, | CASE NO. 2:16-CV-8408-PA-KS |
| Plaintiff, | **ORDER RE: REQUEST FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMSHER COLLECTION SERVICES, INC., and DOES 1-10, | [*Rule 41(a)(2)*] |
| Defendants. | |

Pursuant to Plaintiff Mei Ma's request, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Jan. 3, 2017

_____
The Honorable Percy Anderson

[REQUEST FOR DISMISSAL WITH PREJUDICE]
1